UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
BENNIE GRAY, JR.                   :
                                   :        PRISONER
     v.                            :    Case No. 3:08cv165(PCD)
                                   :
COMMISSIONER OF CORRECTION         :
```

RULING ON MOTION FOR RECONSIDERATION

On June 19, 2007, petitioner Bennie Gray, Jr., an inmate confined at the Brooklyn Correctional Institution in Brooklyn, Connecticut, filed a habeas corpus action, Gray v. Commissioner of Correction, 3:07cv1097 (PCD), challenging his conviction for manslaughter with a firearm ("the first federal habeas action"). The court granted respondent's motion to dismiss the first federal habeas petition as time-barred.

On January 31, 2008, Gray filed this second federal habeas corpus action. The case was assigned to another district judge. Respondent moved to have the case transferred to the Court of Appeals as a second or successive petition. The court construed the petition as an attempt to reopen the first federal habeas action, denied respondent's motion and transferred the case to the undersigned.

In addition to this motion for reconsideration, Gray filed a motion to reopen the first habeas action. The motions seek the same result, reopening the first federal habeas petition.

The court considered all of the arguments raised in Gray's motion to reopen and the order of transfer in the first federal habeas action and concluded that the first federal habeas petition was properly dismissed as time-barred. See Gray v. Commissioner of Correction, 3:07cv1097 (PCD) (Doc. #25, Ruling on Motion to Reopen, filed June 30, 2008).

Accordingly, Gray's motion for reconsideration [**doc. #8**] is **DENIED**. As this is Gray's second federal habeas corpus petition, the case is **transferred** to the Court of Appeal for the Second Circuit to enable that court to determine whether this action should proceed in the district court. See 28 U.S.C. § 2244(b)(3)(A) (requiring petitioner to obtain an order from the court of appeals before filing a second or successive petition in the district court).

**SO ORDERED** this   15th   day of July, 2008, at New Haven, Connecticut.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Peter C. Dorsey
　　　　　　　　　　　　　　　United States District Judge